# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| v. | : | |
| PA DEPARTMENT OF CORRECTIONS, JOHN E. WETZEL, R. DOYLE, R. LADONNE, CYNTHIA LINK, LAURA BANTA, GENA CLARK, LT. A. REBER, LT. HARVEY, LT. BRIGHT, M. NASH, RN CHRIS, RN CRYSTAL, UNKNOWN EXTRACTION TEAM # 1, UNKNOWN EXTRACTION TEAM # 2, UNKNOWN SHIFT COMMANDERS and RN S MARK | : | NO. 19-1687 |

## ORDER

**NOW**, this 14th day of November, 2019, upon consideration of the Defendants' Motion to Dismiss (Document No. 12) and the plaintiff having failed to respond in opposition to the motion, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for failure to state a claim.

/s/ TIMOTHY J. SAVAGE J.